**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Rodolfo Pena Estrada,

Petitioner,

v.

Eric Rokosky, *et al.*,

Respondents.

No. CV-26-04085-PHX-JJT (JZB)

**ORDER**

On August 18, 2026, the Court appointed the Federal Public Defender (FPD) for this District to represent Petitioner, and provided them with "30 days in which to seek any appropriate relief, including sanctions, or to file a notice that no further relief will be sought." (Doc. 22 at 4). Although AFPD Keith Hilzendeger filed a notice of appearance on August 18, no subsequent filing has been made. Accordingly, the Court will grant an extension of time until no later than Friday, October 2, 2026, for Mr. Hilzendeger to make the filing required by the Court's August 18, 2026 Order.

**IT IS THEREFORE ORDERED** that on or before **Friday, October 2, 2026**, counsel for Petitioner shall seek any appropriate relief, including sanctions, or file a notice that no further relief will be sought, as set forth in the Court's August 18, 2026 Order.

. . . .

. . . .

. . . .

. . . .

**IT IS FURTHER ORDERED** that the remaining deadlines pertaining to Respondents' response and Petitioner's reply set forth in the Court's August 18, 2026 Order remain in effect.

Dated this 25th day of September, 2026.

Honorable John J. Tuchi
United States District Judge